# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2020

159666 & (24)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STEPHEN ROBERT YOUNG,
      Defendant-Appellant.

SC: 159666
COA: 347219
Wayne CC: 12-011375-FH

_____/

By order of December 23, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the April 5, 2019 order of the Court of Appeals. On order of the Court, the motion for immediate consideration is GRANTED. The answer having been received, the application for leave to appeal is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court for an evidentiary hearing, to determine whether the defendant's claim of newly discovered evidence, which the defendant claims was suppressed in violation of *Brady v Maryland*, 373 US 83 (1963), entitles him to relief from judgment under MCR 6.508(D). *People v Johnson*, 502 Mich 541 (2018).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2020



Clerk

p0513